McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 06-028 KJM |
| ) | |
| Plaintiff, ) | PETITION FOR PROBATION |
| ) | REVOCATION AND ORDER |
| v. ) | |
| ) | |
| JOHNNY LEE SHIVERS, ) | DATE: November 29, 2007 |
| ) | TIME: 10:00 a.m. |
| ) | COURT: Hon. Kimberly J. Mueller |
| Defendant. ) | |
| _____ ) | |

On April 20, 2006, the defendant, JOHNNY LEE SHIVERS, pled guilty to the following offenses:

1. Driving a vehicle with a Blood Alcohol Level of .08 Percent or Higher, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 23152(b); and,

2. Failing to Adhere to the Driver's Duty to Obey Regulatory Traffic Signs and Signals, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 21461.

1

JOHNNY LEE SHIVERS was given the following sentence, among other things, by United States Magistrate Judge Kimberly J. Mueller:

1. The defendant shall pay a fine of three-hundred and ninety ($390) dollars for Count Two, and $60 sixty ($60) dollars for Count Three.

2. The defendant shall pay a ten ($10) dollar special assessment for Count Two, and a five ($5) dollar special assessment for Count Three.

3. The defendant shall complete fifty (50) hours of community service, to begin within thirty (30) days of judgment and sentencing. The defendant shall successfully complete all community service by November 1, 2006. If the defendant's physical handicap prevents him from completing community service, he shall notify the U.S. Attorney's Office by October 15, 2006, to request an extension.

4. The defendant shall serve forty-eight (48) hours of incarceration.

5. The defendant shall enroll in, participate in, and successfully complete an alcohol education and counseling program. The defendant shall provide proof of enrollment within thirty (30) days of the judgment.

6. The defendant shall serve a three-year term of court probation.

///

      7.    The defendant shall not commit another federal, state, or local crime.

      8.    The defendant shall not drive with any measurable amount of alcohol in his system.

      9.    The defendant shall notify the U.S. Attorney's Office within seventy-two (72) hours of being arrested.

The United States alleges that the defendant has violated these conditions as follows:

      1.    The defendant did not commence community service within thirty (30) days of judgment and sentencing.

      2.    The defendant failed to complete fifty (50) hours of community service by November 1, 2006. The defendant also failed to contact the U.S. Attorney's Office by October 15, 2006 to request an extension.

      3.    The defendant has not provided proof of enrollment in an alcohol education program, and was required to do so within thirty (30) days of judgment and sentencing.

      4.    On May 15, 2006, the defendant violated state law, to wit: California Vehicle Code, Section 22350, which prohibits speeding.

      5.    On May 15, 2006, the defendant also failed to provide proof of insurance, in violation of California Vehicle Code, Section 16028(a),

///

6. On May 15, 2006, the defendant failed to provide proof of registration, in violation of California Vehicle Code, Section 4454(a).

7. On August 7, 2006, the defendant violated state law, to wit: California Vehicle Code, Section 13365, which requires that a person appear for scheduled court appearances.

8. On September 24, 2006, the defendant violated state law, to wit: California Penal Code, Section 273a(a), which prohibits endangering the health or safety of a child.

9. On September 24, 2006, the defendant violated state law, to wit: California Vehicle Code, Section 23152(a), which prohibits driving under the influence of alcohol or drugs.

10. The defendant failed to notify the U.S. Attorney's Office within seventy-two hours of his arrest for the above offense.

11. On December 1, 2006, the defendant violated state law, to wit: California Penal Code, Section 646.9(a), which prohibits stalking.

12. On December 1, 2006, the defendant violated state law, to wit: California Penal Code, Section 653m(a), which prohibits wilfully and unlawfully telephoning another with the intent to annoy.

13. On December 1, 2006, the defendant violated state law, to wit: California Penal Code, Section 594z(b), which prohibits vandalism.

14. The defendant failed to notify the U.S. Attorney's Office within seventy-two (72) hours of his arrest for the above-mentioned offenses.
15. On December 11, 2006, the defendant violated state law, to wit: California Vehicle Code, Section 23152(a), which prohibits driving a vehicle while under the influence of alcohol or drugs.
16. On December 11, 2006, the defendant drove with a measurable amount of alcohol in his system.
17. On December 11, 2006, the defendant violated state and federal law, to wit: California Health and Safety Code, Section 11375(b)(2) and Title 21, United States Code, Section 844(a), which prohibits possession of a controlled substance.
18. On December 11, 2006, the defendant violated state law, to wit: California Vehicle Code Section 14601.1, which prohibits driving with a license that has been suspended or revoked.
19. The defendant failed to notify the U.S. Attorney's Office within seventy-two (72) hours of his arrest for driving under the influence and possession of a controlled substance.
20. The defendant has failed to make any payments toward the fine of $450.00.

///
///
///
///

The United States therefore petitions this Court to place this matter on its calendar for 10:00 a.m. on November 29, 2007, to allow the defendant to show cause why the probation granted on April 20, 2006, should not be revoked.

DATED: October ___, 2007         Respectfully Submitted,
                                 McGregor W. Scott
                                 United States Attorney


                                 By:   /s/Matthew C. Stegman
                                       Matthew C. Stegman
                                       Assistant U.S. Attorney


ORDER

IT IS HEREBY ORDERED that the defendant appear on November 29, 2007, at 10:00 a.m., to show cause why the probation granted on April 20, 2006, should not be revoked.

IT IS SO ORDERED.

DATED:  October 24, 2007.

_____
U.S. MAGISTRATE JUDGE