IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                       No. 06-MJ-00028

   vs.

JOHNNY SHIVERS,                             <u>ORDER</u>

      Defendant.

_____/

      This case was on calendar on December 3, 2008, for a hearing on defendant's motion to modify terms of probation. Certified Law Student Richard Shoemaker-Moyle appeared for the government; Michael Petrik, Assistant Federal Defender, appeared for defendant, who also appeared. Having considered the parties' filings, as well as their arguments during hearing, having engaged in a discussion with defendant, for the reasons stated on the record at hearing, and good cause appearing, IT IS HEREBY ORDERED THAT defendant's sentence is modified as follows:

        1. Defendant is relieved of the requirement to participate in further programming at Highland Hospital in Alameda.

/////

2. Defendant shall notify the court, through counsel, promptly upon the scheduling of a surgery date. Such notice shall be provided directly to chambers and shall include the dates of any pre-surgery preparation ordered by the surgeon, the prescribed period of hospitalization during and following surgery, and the prescribed period of recovery following release from the hospital.

3. Up to the date of surgery, defendant shall attend at least 3 sessions per week offered by the "Recovery 55" program, and shall, through counsel, provide proof of attendance to the court on a monthly basis by submitting a report directly to the chambers of the undersigned.

4. Defendant shall continue making payments toward the balance of the fine previously imposed.

5. The status conference set for April 23, 2009 at 10 a.m. is maintained.

DATED: December 3, 2008.

_____
U.S. MAGISTRATE JUDGE