```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for the Defendant
    JOHNNY SHIVERS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. 06-0028-KJM |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER FOR** |
|  | ) **TRANSPORTATION AND SUBSISTENCE** |
| v. | ) **PURSUANT TO 18 U.S.C. § 4285** |
| JOHNNY SHIVERS, | ) Date: April 23, 2009 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

Defendant JOHNNY SHIVERS hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Shivers is unable to afford his own transportation from his residence in Oakland, California to Sacramento, California for his status conference hearing on April 23, 2009 at 10:00 a.m.

DATED: August 17, 2007          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHEL PETRIK, JR.
                                Attorney for Defendant
                                JOHNNY SHIVERS

```
 1                      IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,     )    Mag 06-0028-KJM
                                  )
 5              Plaintiff,        )
                                  )    **ORDER FOR TRANSPORTATION AND**
 6       v.                       )    **SUBSISTENCE**
                                  )
 7  JOHNNY SHIVERS,               )
                                  )
 8              Defendant.        )
                                  )
 9  _____ )

10  TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:
11  This is to authorize and direct you to furnish the above named
12  defendant, JOHNNY SHIVERS with transportation and subsistence expenses
13  for travel from Oakland, California to Sacramento, California for his
14  status conference hearing in the United States Magistrate Court for the
15  Eastern District of California on April 23, 2009 at 10:00 a.m.  Amtrak
16  has a train leaving from Jack London Square in Oakland, California
17  arriving Sacramento, California at 9:45 a.m.  Mr. Shivers will also
18  need return transportation back to his residence on April 23, 2009.
19  The United States Marshal must furnish Mr. Shivers with money for
20  subsistence expenses to his destination, not to exceed the amount
21  authorized as a per diem allowance for travel under section 5702(a) of
22  Title 5, United States Code.  This order is authorized pursuant to 18
23  U.S.C. §4285.
24  IT IS SO ORDERED.
25  Dated:  April 21, 2009.
26
27                                           _____
28                                           U.S. MAGISTRATE JUDGE
```